**DISMISSED and Opinion Filed April 1, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-01296-CV**

**TEXAS DEPARTMENT OF LICENSING AND REGULATION, Appellant**
**V.**
**THE MIAN DEVELOPMENT CORP., Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-10320**

## MEMORANDUM OPINION

Before Justices O'Neill, Francis, and Fillmore
Opinion by Justice O'Neill

Before this Court is appellant's unopposed motion to dismiss this appeal based on

settlement. TEX. R. APP. P. 42.1(a). We grant the motion and dismiss this appeal. *Id*. 43.2(f).

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

121296F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TEXAS DEPARTMENT OF LICENSING
AND REGULATION, Appellant

No. 05-12-01296-CV        V.

THE MIAN DEVELOPMENT CORP.,
Appellee

On Appeal from the 193rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-12-10320.
Opinion delivered by Justice O'Neill,
Justices Francis and Fillmore participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that each party shall bear its own cost of the appeal.

Judgment entered this 1st day of April, 2013.

/Michael J. O'Neill/

MICHAEL J. O'NEILL
JUSTICE